**Order entered January 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00118-CR

### ANTONIO LAMAR COCHRAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F15-76529-H**

## ORDER

Before the Court is appellant's December 31, 2018 second motion for extension of time to file his brief or in the alternative, a motion to suspend the due date until the reporter's record is complete. In the motion, appellant notes that not all the days of voir dire were included in the record and volumes 11 and 12 are identical in content.

Our review of this appeal shows the thirty-eight volume reporter's record was filed on November 1, 2018; volumes 31-38 are sealed. Volumes 11 and 12 are substantially identical, containing the August 30, 2017 voir dire. On December 31, 2018, court reporter Crystal Jones filed a supplemental reporter's record with voir dire from September 6, 2017, along with a letter stating that the supplemental record represents what should have been uploaded as volume 12 when the reporter's record was filed November 1, 2018.

It appears the reporter's record is now complete.  We **GRANT** appellant's motion to the extent it requests an extension of time.  Appellant's brief is **DUE** January 31, 2019.

We **STRIKE** volume 12 of the reporter's record filed November 1, 2018.


/s/     LANA MYERS
           JUSTICE